COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAM'S EAST, INC., | § | No. 08-06-00130-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court of |
| EMERSON CONSTRUCTION COMPANY, INC., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC#2005-3545) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is the joint motion of Sam's East, Inc., Appellant, and Emerson Construction Company, Inc., Appellee, to dismiss this appeal with prejudice pursuant to Texas Rules of Appellate Procedure 42.1(a)(2)(A) and 43.2(f). The parties further agree that costs should be taxed against the party that incurred them. Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal with prejudice. We further order that costs are taxed against the party that incurred them.

KENNETH R. CARR, Justice

July 10, 2008

Before Chew, C.J., McClure, and Carr, JJ.
McClure, J., not participating